# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Jeanette Vera Moxley | ) |
| *Plaintiff* | ) |
| v. | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.      5:16-491-PMD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This matter is remanded to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Patrick M. Duffy, United States District Judge, adopting in part and rejected in part, the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge

Date:   August 1, 2017

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*